UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                              Bankr. Case No. 17-25089-JAD-7

NADINE L. FINDISH and LAWRENCE R. FINDISH                           Chapter 7

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


By  /s/  Mandy Youngblood

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on February 23, 2018 :

    GINO F PELUSO                                                         Charles O. Zebley Jr.
    2692 LEECHBURG RD                                      P.O. Box 2124
    LOWER BURRELL, PA  15068                        Uniontown, PA 15401

By /s/ Mandy Youngblood

       Mandy Youngblood

xxxxx55209 / 945864